UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRADLEY ENGLISH,

    Plaintiff,

v.                                           Case No.: 8:24-cv-1216-TPB-NHA

LIGHTSPEED CONSTRUCTION
GROUP, LLC,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND
GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

This matter is before the Court on consideration of the report and recommendation of Natalie Hirt Adams, United States Magistrate Judge, entered on January 22, 2025. (Doc. 31). Judge Adams recommends that the "Joint Motion for Approval of the Parties' Settlement and For Dismissal With Prejudice" (Doc. 29) be granted. No party has objected, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C).

Upon due consideration of the record, the Court adopts the report and

recommendation. The Court agrees with Judge Adams's detailed and well-reasoned factual findings and legal conclusions. Consequently, the joint motion is granted and the settlement agreement is approved.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

1) Judge Adams's report and recommendation (Doc. 31) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

2) The "Joint Motion for Approval of the Parties' Settlement and For Dismissal With Prejudice" (Doc. 29) is GRANTED to the extent the Court approves the FLSA Settlement Agreement (Doc. 29-1). The motion is DENIED to the extent the Court declines to retain jurisdiction to enforce the settlement.

3) The Settlement Agreement (Doc. 29-1) is accepted, adopted, and approved by the Court, and the parties are ordered to comply with the terms of the Settlement Agreement.

4) This action is dismissed with prejudice and the Clerk is directed to terminate all pending deadlines and close the case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 19th day of February, 2025.

_____
TOM BARBER
UNITED STATES DISTRICT JUDGE